UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LESLIE CARTER,<br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>Case No. 5:25-CV-166-KS |

**Decision by Court.**

This matter is before the court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

IT IS ORDERED, ADJUDGED AND DECREED the Commissioner's decision is REVERSED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C.§ 405(g) for further proceedings consistent with this court's order.

This judgment filed and entered on September 29, 2026, with *electronic service* upon the following:

**Lindsay Osterhout**
*Counsel for Plaintiff*

**Wanda Mason**
**Samantha Zeiler**
**Joanne Kernicky**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: September 29, 2026

/s/ Shelia D. Foell
(By): Shelia D. Foell
Deputy Clerk, U.S. District Court